IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SUAREZ,                              No C-10-0299 VRW (PR)

        Plaintiff,

        v                                ORDER OF DISMISSAL

OFFICER MACATANGAY, et al,

        Defendant(s).
_____/

      This civil rights action by a prisoner was filed on January 21, 2010. Doc #1. The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc #3.

1       Over forty days have elapsed since plaintiff was notified
2 of his filing deficiency; however, he has neither provided the court
3 with the requisite items nor filed a request for an extension of
4 time to do so.  The action, therefore, is DISMISSED without
5 prejudice.
6       The clerk shall terminate all pending motions as moot and
7 close the file.

9       IT IS SO ORDERED.

11 DATED   *3/8/10*

                                              **VAUGHN R WALKER**
12                                               **United States District Chief Judge**

26 G:\PRO-SE\VRW\CR.10\Suarez-10-299-ifp-dismissal.wpd

**2**