UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN SUAREZ,

    Plaintiff,

v.

OFFICER MACATANGAY et al,

    Defendant.

Case Number: CV10-00299 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Suarez
2310 North Main Street
Apt. 10
Salinas, CA 93906-4201

Dated: March 8, 2010

                        Richard W. Wieking, Clerk

                        By: Frank Justiliano, Deputy Clerk